UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2014 MAR 11  P 4: 02
CLERK_____
SO. DIST. OF GA.

LEVI TYRONE WHITE  }        Case No_____
PLAINTIFF          }        CV114-065
                   }
VS                 }
                   }
                   }
CAVALRY PORTFOLIO SERVICES  }   Judge_____
                   }
Defendant          }

TRIAL BY JURY DEMAND

ORIGINAL COMPLAINT FOR VIOLATION OF THE FCRA

JURISDICTION

1. This court has jurisdiction under 15 U.S.C.§ 1681 and 28 U.S.C.§ 1331

2. All conditions precedent to the bringing of this action have been performed.

PARTIES

3. The Plaintiff in this lawsuit is Levi T. White, a natural person who resides in Richmond County, Georgia.

4. The Defendant in this lawsuit is CAVALRY PORTFOLIO SERVICES, LLC. an unknown entity with offices at 500 SUMMIT LAKE DR. VALHALLA NY 10595.

VENUE

5. The occurrences which give rise to this action occurred in Richmond county, Georgia and Plaintiff resides in Richmond county, Georgia.

6. Venue is proper in Southern District of Georgia.

## GENERAL ALLEGATIONS

7. Plaintiff obtained his consumer credit reports from the three major credit reporting agencies and found entries by entities that he was unfamiliar with in his reports.

8. Plaintiff found after examination of his TransUnion Consumer credit report that Defendant CAVALRY PORTFOLIO SERVICES, LLC. had obtained Plaintiff's TransUnion consumer credit report in OCTOBER 26 2012.

9. Discovery of violation brought forth herein occurred in October 2013 and are with the statute of limitation as defined in the FCRA, 15 U.S.C. § 1681p .

## COUNT 1

### VIOLATION OF THE FAIR CREDIT REPORTING ACT (FCRA), 15 U.S.C.§168p. WILLFUL NON-COMPLIANCE BY DEFENDANT CAVALRY PORTFOLIO SERVICES, LLC.

10. Paragraphs 1 through 9 are re-alleged as though fully set forth herein.

11. Plaintiff is a consumer within the meaning of the FCRA 15U.S.C. § 1681a(c).

12. TransUnion is a reporting agency with the meaning of the FCRA, 15 U.S .C. § 1681a(f).

13. Consumer credit report is a consumer report within the meaning of the FCRA, 15 U.S .C. § 1681a(d).

14. The FCRA, 15 U.S .C. § 1681 b defines the permissible purposes for which a person may obtain a consumer credit report.

15. Such permissible purposes defined by 15 U.S.C. § 1681 b are generally, if the consumer makes application for credit, makes application for employment, for underwriting of insurance involving the consumer, or offered a bona fide offer of credit as a result of the inquiry.

16. Plaintiff has never had any business dealing or any accounts with, made application for credit from, made application for employment with applied for insurance from, or received a bona fide offer of credit from the Defendant, CAVALRY PORTFOLIO SERVICES, LLC.

17. In OCTOBER 2012 defendant obtained the TransUnion consumer credit report for the Plaintiff with no permissible purpose in violation of the FCRA 15 U.S.C §1681b.

18. Plaintiff sent a NOTICE OF INTENT TO SUE, by certified mail #7012 2920 0000 5350 2929 on NOVEMBER 5, 2013 to CAVALRY PORTFOLIO SERVICES, LLC. because their violation of the FCRA in an effort to mitigate damages and reach a settlement for their violation in obtaining Plaintiff's credit report before taking civil action against them. Defendant response did not address the issue of the FCRA violations to his correspondence.

19. At no time did Plaintiff give his consent for CAVALRY PORTFOLIO SERVICES, LLC. to acquire his consumer credit report from any credit reporting agency.

20. At or about the time CAVALRY PORTFOLIO SERVICES, LLC. obtained consumer credit report:

A. Plaintiff did not authorized consumer reporting agency TransUnion to furnish his consumer report to CAVALRY PORTFOLIO SERVICES, LLC.

B. Plaintiff did not authorize CAVALRY PORTFOLIO SERVICES, LLC. to obtain his consumer report from TransUnion.

C. Plaintiff did not apply for any credit, loan or services with CAVALRY PORTFOLIO SERVICES, LLC.

D. Plaintiff did not have any contractual relationship for credit loan, or service with CAVALRY PORTFOLIO SERVICES, LLC.

E. Plaintiff did not own any debt CAVALRY PORTFOLIO SERVICES, LLC.

F. Plaintiff did not owe any debt as the result of a judgment to CAVALRY PORTFOLIO SERVICES, LLC.

G. Plaintiff did not apply for any employment with CAVALRY PORTFOLIO SERVICES, LLC.

H. Plaintiff did not apply for any insurance from CAVALRY PORTFOLIO SERVICES, LLC.

I. Plaintiff did not have any existing account or credit obligation with CAVALRY PORTFOLIO SERVICES, LLC.

J. No court having jurisdiction issued any order to TransUnion to furnish Plaintiff's consumer report to CAVALRY PORTFOLIO SERVICES, LLC.

K. No head of State or local child support enforcement agency requested TransUnion to provide Plaintiff consumer report to CAVALRY PORTFOLIO SERVICES, LLC.

L. Plaintiff did not apply for any license or other benefit granted by a governmental instrumentality through CAVALRY PORTFOLIO SERVICES, LLC.

M. Plaintiff did not receive any "firm offer of credit or insurance" from CAVALRY PORTFOLIO SERVICES, LLC.

21. Defendant knowingly and willfully obtained information on Plaintiff from a consumer reporting agency under false pretenses 15 U.S.C. § 1681q

22. The action of Defendant obtaining the consumer report of the Plaintiff with no permissible purpose or Plaintiff's consent was a willful violation of FCRA, 15 U.S.C. § 1681b and egregious violation of Plaintiff's right to privacy.

23. The Defendant had a duty to properly ascertain if there was any legitimate permissible purpose before obtaining Plaintiff credit report and Defendant breached said duty by failing to do so. There was no account that the

Defendant had any right to collect to have had permissible purpose to obtain Plaintiff's credit report and therefore Plaintiff is entitled to damages.

WHEREFORE , Plaintiff demands judgment for damages against Defendant, CAVALRY PORTFOLIO SVCS, LLC for statutory damages of $2000.00, any attorney's fees and costs pursuant to 15 U.S.C. § 1681n.

## DEMAND FOR TRIAL BY JURY

Plaintiff hereby demands a trial by jury of all issue so triable as matter of law

Dated March 11, 2014

Respectfully Submitted

Levi T. White
2225 Morningside Dr
Augusta Ga. 30904
706-294-8822
NAZINGA58@YAHOO.COM

Service to:

CAVALRY PORTFOLIO SERVICES, LLC
LEGAL DEPARTMENT
500 SUMMIT LAKE DR.
VALHALLA NY 10595