| | | |
|---|---|---|
| **LEVI T WHITE** | } | FILED<br>U.S. DISTRICT COURT<br>AUGUSTA DIV. |
| **PLAINTIFF** | } | 2014 APR -4  P 3:45 |
| | } | *J. Burton* |
| **VS** | } | Case No. 1:14CV-00065 |
| | } | SO. DIST. OF GA. |
| | } | |
| **Cavalry Portfolio Services LLC** | } | CV114-065 |
| **Defendant** | } | |

# NOTICE OF SETTLEMENT

NOW COMES the Plaintiff Levi T. White, and hereby in forms the Court that a settlement of the present matter has been reached between Plaintiff, Levi T White and the Defendant Cavalry Portfolio Services LLC in this cause of action. The parties have concluded a settlement agreement and a Motion to Dismiss with Prejudice will be filed by the Plaintiff.

Respectfully Submitted

*[signature: L T. White]*

Levi T. White
2225 Morningside Dr.
Augusta Ga. 30904
706-294-8822

# CERTIFICATE OF SERVICE

The true and correct copy of the foregoing document was sent to the below named parties by CERTIFIED MAIL #7013 3020 0000 3500 3111.

Signed APRIL 4 2014

*[signature]*

Jonathan K. Aust
jaust@bedardlawgroup.com
Bedard Law Group, P.C.
2810 Peachtree Industrial Blvd.,
Suite D
Duluth, Georgia 30097
Telephone: (678) 253-1871, ext. 203
Cavalry Portfolio Services LLC